FRANK BELL, CSBN 038955
A Law Corporation
333 Bradford Street, Suite 270
Redwood City, California 94063
Tel: (650)365-8300
Fax: (650) 366-8987

Attorney for Defendant
JOHN WAYNE PRICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     v.<br><br>JOHN WAYNE PRICE,<br><br>          Defendant.<br>_____/ | No. CR 12-0114 JW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RE CONTINUANCE OF<br>STATUS HEARING |

    This matter is set for status hearing on Monday, March 26, 2012 at 1:30 p.m.  Counsel for defendant, JOHN WAYNE PRICE, had and has a previous court appearance scheduled for that date and so informed the United States Attorney.  Both sides contemplated that this matter would be ordered related to an earlier filed matter assigned to another judge and that the next date would be ordered changed.  However, the motion to relate the cases was denied.  The co-defendant, JESSE GARCIA OCHOA, is not scheduled to appear in this

STIP AND ORDER TO CONTINUE HEARING                                    1

matter until April 23, 2012 at 1:30 p.m.  It would be beneficial if both defendants were in court at the same time for further proceedings.

    WHEREFORE, IT IS HEREBY STIPULATED by and between the parties that the matter may be continued to April 23, 2012 at 1:30 p.m. for status.

    IT IS FURTHER STIPULATED by and between the parties that the time from March 26, 2012 through April 23, 2012 is appropriately excluded pursuant to 18 U.S.C. §3161 for the effective preparation and continuity of counsel.

Dated: March 22, 2012          _____/S/_____
                                      FRANK BELL
                                      Attorney for Defendant
                                      JOHN WAYNE PRICE

Dated: March 22, 2012          _____/s/_____
                                      Derek Owens
                                      Asst. U.S. Attorney
                                      Attorney for Plaintiff

IT IS SO ORDERED:

Dated: March 23, 2012          *[signature: James Ware]*
                                      Hon. JAMES WARE
                                      U.S. District Judge

STIP AND ORDER TO CONTINUE HEARING                            2